**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION**

IN RE:  **Daniel S. Dailey, Jr.**                                                         Case No.

                    Debtor(s)                                                                          Chapter 13 Proceeding

☐ *AMENDED*     ☐ *MODIFIED*
**DEBTOR(S)' CHAPTER 13 PLAN
AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE**

> *Creditors are hereby notified that the following Plan may be amended at any time before confirmation. Any amendment may affect your status as a creditor. The Debtor's estimate of how much the Plan will pay, projected payments, and estimates of the allowed claims may also change. The following information advises creditors of the status of the case based on the information known at the time of its preparation. Any special concerns of a creditor may justify attendance at the Meeting of Creditors and such other action as may be appropriate under the circumstances. More detailed information is on file at the Office of the United States Bankruptcy Clerk in El Paso or Waco, Texas. Local Bankruptcy Rules and Standing Orders on procedures are available at the Clerk's Office and online at www.txwb.uscourts.gov.*
>
> *Use of the singular word "Debtor" in this Plan includes the plural where appropriate.*

**Plan Summary**

A. The Debtor's Plan Payment will be _____**$1,408.00 Monthly**_____, paid by ☑ Pay Order or ☐ Direct Pay for _____**60 months**_____. The gross amount to be paid into the plan is _____**$84,480.00**_____.

B. The Plan proposes to pay all allowed priority claims in full, all secured claims to the extent of the value of the collateral or the amount of the claim, whichever amount is provided for in Section VI below, and approximately **100%** of each unsecured allowed claim.

THIS PLAN DOES NOT ALLOW CLAIMS. YOU MUST FILE A PROOF OF CLAIM BY THE APPLICABLE DEADLINE TO RECEIVE DISTRIBUTIONS UNDER ANY PLAN THAT MAY BE CONFIRMED. CREDITORS ARE REFERRED TO THE FEDERAL RULES OF BANKRUPTCY PROCEDURE, THE LOCAL BANKRUPTCY RULES FOR THE WESTERN DISTRICT OF TEXAS, AND THE APPLICABLE STANDING ORDER RELATING TO CHAPTER 13 CASE ADMINISTRATION FOR THIS DIVISION, FOR INFORMATION ON THESE AND OTHER DEADLINES.

C. The value of the Debtor's non-exempt assets is _____**$153.00**_____.

D. If the payment of any debt is proposed to be paid directly by the Debtor outside the Plan, it is so noted in Section VI(1), set forth below.

**Plan Provisions**

**I. Vesting of Estate Property**

☑ Upon confirmation of the Plan, all property of the estate shall vest in the Debtor and shall not remain as property of the estate.

☐ Upon confirmation of the Plan, all property of the estate shall not vest in the Debtor, but shall remain as property of the estate.

☐ Other (describe):

Form 11/7/05           *Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas -  (210) 561-5300*

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

IN RE: **Daniel S. Dailey, Jr.**                      Case No.

Debtor(s)                      Chapter 13 Proceeding

☐ *AMENDED*     ☐ *MODIFIED*
**DEBTOR(S)' CHAPTER 13 PLAN**
**AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE**

*Continuation Sheet # 1*

## II. Pre-Confirmation Disbursements

In accordance with the applicable Standing Order Relating to Chapter 13 Case Administration, the Debtor requests and consents to disbursement by the Chapter 13 Trustee of payments prior to confirmation of the Plan to evidence the Debtor's good faith, promote successful completion of the case, and to provide adequate protection to secured creditors. The Debtor shall remit such payments to the Trustee commencing 15 days after the filing of the petition. Provided all conditions for disbursement are met and unless otherwise ordered by the Court, the Trustee shall begin disbursing to creditors as provided below, on the first regularly scheduled disbursement after 30 days after the the petition is filed. Payments under this paragraph will cease upon confirmation of the Plan.

| Creditor/Collateral | Pre-Confirmation Payment Amount | Other Treatment Remarks |
|---|---|---|
| American General Financial/Springleaf Fi<br>2009 Honda Accord | $166.76 | |
| Excel Finance Co.<br>Computer, TV | $39.92 | |
| Midland Mortgage Company/Mid First Bank<br>2403 Basalt Dr, Killeen TX | $65.40 | |
| Onemain Fi<br>2004 Honda Accord | $110.43 | |
| Royal Mgt/cash Plus<br>Dell Mini Notbook | $6.33 | |
| World Acceptance Corp<br>2 Laptops, 2 TV, Camera, Lawn Mmower | $39.31 | |

## III. Executory Contracts/Unexpired Leases/Contracts for Deed

Pursuant to 11 U.S.C. §1322(b)(7) of the Bankruptcy Code, the Debtor hereby elects to assume the following executory contracts, unexpired leases, and/or contracts for deed, if any:

| Creditor Name | Description of Contract | Election | In Default |
|---|---|---|---|
| **(None)** | | | |

Pursuant to 11 U.S.C. §1322(b)(7) of the Bankruptcy Code, the Debtor hereby elects to reject the following executory contracts, unexpired leases, and/or contracts for deed, if any:

| Creditor Name | Description of Contract | Election | In Default |
|---|---|---|---|
| **(None)** | | | |

Form 11/7/05      *Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas - (210) 561-5300*

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

IN RE: **Daniel S. Dailey, Jr.**  Case No.

Debtor(s)  Chapter 13 Proceeding

☐ *AMENDED*  ☐ *MODIFIED*
**DEBTOR(S)' CHAPTER 13 PLAN**
**AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE**

*Continuation Sheet # 2*

### IV. Motion to Value Collateral Pursuant to 11 U.S.C. § 506

The Trustee shall pay allowed secured claims, which require the filing of a proof of claim, to the extent of the value of the collateral or the amount of the claim, whichever amount is provided for in Section VI(2), hereof, plus interest thereon at the rate specified in this Plan. Except for secured claims for which provision is made to pay the full amount of the claim not withstanding the value of the collateral, the portion of any allowed claim that exceeds the value of the collateral shall be treated as an unsecured claim under Section VI(2)(F).

The Debtor(s) move(s) to value the collateral described below in the amounts indicated. The values as stated below represent the replacement values of the assets held for collateral, as required under Section 506(a)(2). Objections to valuation of collateral proposed by this Motion and Plan must be filed no later than ten (10) days prior to the confirmation hearing date. If no timely response or objection is filed, the relief requested may be granted in conjunction with confirmation of the Plan.

| Creditor / Collateral | Estimated Claim | Value of Collateral | Monthly Payment or Method of Disbursement | Interest Rate | Anticipated Total to Pay | Other Treatment/Remarks |
|---|---|---|---|---|---|---|
| | | | | | | |

"I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on _____ ."

_____  _____
Debtor  Joint Debtor

### V. Motion to Avoid Lien Pursuant to 11 U.S.C. § 522(f)

The Bankruptcy Code allows certain liens to be avoided. If a lien is avoided, the claim will not be treated as a secured claim but as an unsecured claim under Section VI(2)(F).

The Debtor moves to avoid the following liens that impair exemptions. Objections to lien avoidance as proposed in this Plan must be filed no later than ten (10) days prior to the confirmation hearing date. If no timely objection is filed, the relief requested may be granted in conjunction with confirmation of the Plan. (Debtor must list the specific exempt property that the lien impairs and the basis of the lien--e.g., judicial lien, nonpurchase-money security interest, etc.)

| Creditor / Property subject to lien | Amount of Lien to be Avoided | Remarks |
|---|---|---|
| | | |

Form 11/7/05  *Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas - (210) 561-5300*

**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | |
|---|---|
| IN RE: **Daniel S. Dailey, Jr.** | Case No. |
| Debtor(s) | Chapter 13 Proceeding |

☐ *AMENDED*    ☐ *MODIFIED*
**DEBTOR(S)' CHAPTER 13 PLAN
AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE**

*Continuation Sheet # 3*

---

## VI. Specific Treatment for Payment of Allowed Claims

**1. PAYMENTS TO BE MADE BY THE DEBTOR DIRECTLY TO CREDITORS, INCLUDING POST-PETITION DOMESTIC SUPPORT OBLIGATIONS**

**A.** Debtor(s) shall pay the following creditors directly. Creditors with claims based on a post-petition domestic support obligation ("DSO"), including all governmental units to which a DSO claim has been assigned, or is owed, or that may otherwise recover a DSO claim, MUST be paid directly. Minors should be identified by their initials only. If no DSO creditor is listed, the Debtor represents he/she has no domestic support obligation.

All direct payments listed below shall be made in addition to the Plan payments made by Debtor to the Chapter 13 Trustee as herein set forth. Secured creditors who are paid directly shall retain their liens, and the Debtor(s) shall maintain insurance on the collateral, in accordance with the terms of the documents creating the lien on the collateral.

| Creditor / Collateral, if any (including the name of each DSO creditor) | Remarks | Debt Amount | Payment Amount/Interval |
|---|---|---|---|
| Midland Mortgage Company/Mid First Bank 2403 Basalt Dr, Killeen TX | | $62,612.00 | $872.00 |
| Us Dept Of Ed/glelsi | | $4,336.00 | $50.00 |

**B.** Debtor surrenders the following collateral. Confirmation of the Plan shall operate to lift the automatic stay provided by 11 U.S.C. § 362(a) with respect to the collateral listed, and any unsecured deficiency claim may be filed in accordance with the procedures set forth in the Standing Order Relating to Chapter 13 Case Administration for this Division.

| Creditor/Collateral | Collateral to Be Surrendered |
|---|---|
| | |

**2. PAYMENTS TO BE MADE BY TRUSTEE TO CREDITORS**

**A.** Administrative Expenses

Administrative Expenses shall include the Trustee's commission and debtor's attorney's fees. The Trustee shall receive up to 10% of all sums received. No fees or expenses of counsel for the debtor(s) may be paid until the filing fee is paid in full, and any fees and expenses that are allowed in addition to the fees and expenses originally agreed to be paid, may be paid only after all prior allowed fees and expenses have been paid.

| Creditor | Estimated Amount of Debt | Payment Method: before secured creditors, after secured creditors, or along with secured | Remarks |
|---|---|---|---|
| Law Offices of Ed L. Laughlin | $2,600.00 | BEFORE | |

**B.** Priority Claims, Including Domestic Support Obligation Arrearage Claims

| Creditor | Estimated Amount of Debt | Payment Method: before secured creditors, after secured creditors, or along with secured | Remarks |
|---|---|---|---|
| IRS | $13,445.90 | ALONG WITH | |

Form 11/7/05      *Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas - (210) 561-5300*

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

IN RE: **Daniel S. Dailey, Jr.**  Case No.

Debtor(s)  Chapter 13 Proceeding

☐ *AMENDED* ☐ *MODIFIED*
**DEBTOR(S)' CHAPTER 13 PLAN**
**AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE**

*Continuation Sheet # 4*

**C.** Arrearage Claims

| Creditor / Collateral | Estimated Claim | Estimated Value of Collateral | Monthly Payment or Method of Disbursement | Interest Rate | Anticipated Total to Pay | Other Treatment/Remarks |
|---|---|---|---|---|---|---|
| Midland Mortgage Company/Mid First Bank 2403 Basalt Dr, Killeen TX | $5,232.00 | $5,232.00 | Pro-Rata | 0% | $5,232.00 | |

**D.** Cure Claims on Assumed Contracts, Leases, and Contracts for Deed

| Creditor/Subject Property, if any | Estimated Amount of Cure Claim | Monthly Payment or Method of Disbursement | Remarks |
|---|---|---|---|

**E.** Secured Creditors

Secured creditors shall retain their liens on the collateral that is security for their claims until the earlier of the date the underlying debt, as determined under non-bankruptcy law, has been paid in full, or the date of discharge under 11 U.S.C. § 1328. Therefore, if the debtor's case is dismissed or converted without completing of all Plan payments, the liens shall be retained by the creditors to the extent recognized by applicable non-bankruptcy law.

| Creditor/Collateral | Estimated Claim | Value of Collateral | Monthly Payment or Method of Disbursement | Interest Rate | Anticipated Total to Pay | Other Treatment/Remarks (specifically note if claim amount to be paid although greater than value of collateral) |
|---|---|---|---|---|---|---|
| American General Financial/Springleaf 2009 Honda Accord | $13,341.00 | $13,341.00 | Pro-Rata | 5.5% | $14,730.79 | |
| Excel Finance Co. Computer, TV | $3,193.55 | $3,193.55 | Pro-Rata | 5.5% | $3,526.22 | |
| Onemain Fi 2004 Honda Accord | $8,834.00 | $8,834.00 | Pro-Rata | 5.5% | $9,754.25 | |
| Royal Mgt/cash Plus Dell Mini Notbook | $506.00 | $506.00 | Pro-Rata | 5.5% | $558.72 | |
| World Acceptance Corp 2 Laptops, 2 TV, Camera, Lawn Mmower | $3,145.00 | $3,145.00 | Pro-Rata | 5.5% | $3,472.63 | |

**F.** General Unsecured Creditors (including claims from rejection of contracts, leases and contracts for deed).
*Describe treatment for the class of general unsecured creditors.*

General Unsecured Creditors will receive approximately __**100%**__ of their allowed claims.

Form 11/7/05    *Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas - (210) 561-5300*

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

IN RE: **Daniel S. Dailey, Jr.**                        Case No.

Debtor(s)                            Chapter 13 Proceeding

☐ *AMENDED*     ☐ *MODIFIED*
**DEBTOR(S)' CHAPTER 13 PLAN**
**AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE**

*Continuation Sheet # 5*

**Totals:**

| | |
|---|---:|
| Administrative Claims | $2,600.00 |
| Priority Claims | $13,445.90 |
| Arrearage Claims | $5,232.00 |
| Cure Claims | $0.00 |
| Secured Claims | $29,019.55 |
| Unsecured Claims | $21,966.34 |

**VII. Supplemental Plan Provisions**

The following are the Supplemental Plan Provisions:
**None**

Respectfully submitted this date: __**12/15/2014**_____.

                                        **/s/ Ed L. Laughlin**
                                        Ed L. Laughlin
                                        1101 E Central Tx. Expwy.
                                        Killeen, TX 76541
                                        Phone: (254) 699-2460 / Fax: (254) 953-4528
                                        (Attorney for Debtor)

**/s/ Daniel S. Dailey, Jr.**
Daniel S. Dailey, Jr.
2403 Basalt Dr
Killeen, TX 76549
(Debtor)

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

IN RE: **Daniel S. Dailey, Jr.**  CASE NO.
*Debtor*

                                                                CHAPTER   **13**
*Joint Debtor*

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on December 31, 2014, a copy of the attached Chapter 13 Plan, with any attachments, and Budget and Monthly Family Income were served on each party in interest listed below, by placing each copy in an envelope properly addressed, postage fully prepaid in compliance with Local Rule 9013 (g).

**/s/ Ed L. Laughlin**
Ed L. Laughlin
Bar ID:11991500
Law Offices of Ed L. Laughlin
1101 E Central Tx. Expwy.
Killeen, TX 76541
(254) 699-2460

---

| | | |
|---|---|---|
| Ace Cash Express<br>xxx3996<br>PO Box 540726<br>Dallas, TX 75354 | Castle Pay Day.com<br>xxxx2584<br>PO Box 704<br>Watersmeet, MI 49969 | EZ Money<br>xxxx xxiley<br>1901 Capital Parkway Attn:Cust Serv<br>Austin, TX 78746 |
| American General Financial/Springleaf Fi<br>xxxxxxxxxxxx3523<br>Springleaf Financial/Attn: Bankruptcy De<br>PO Box 3251 | Check -n- Go<br>xxxx6305<br>1512 Lowes Blvd #104<br>Killeen, Texas 76549 | Ft Hood National Bank<br>xxxx9577<br>PO Box 937<br>Killeen, TX 76540 |
| Capital 1 Bank<br>xxxxxxxxxxxx6582<br>Attn: General Correspondence<br>PO Box  30285<br>Salt Lake City, UT 84130 | Daniel S. Dailey, Jr.<br>2403 Basalt Dr<br>Killeen, TX 76549 | Internal Revenue Service<br>P.O. Box 21126<br>Philadelphia, PA 19114 |
| Cash On Web<br>840<br>401-B Talmage Re<br>Ukiah, CA 92234 | Excel Finance Co.<br>3167<br>1005 Marlandwood Road<br>Suite 111<br>Temple, TX 76502 | IRS<br>3167<br>300E 8th St, Stop 5022 AUS<br>Austin,TX  78701 |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

IN RE: **Daniel S. Dailey, Jr.**                      CASE NO.
*Debtor*

                                                   CHAPTER    **13**
*Joint Debtor*

### CERTIFICATE OF SERVICE
(Continuation Sheet #1)

---

| | | |
|---|---|---|
| Midland Mortgage Company/Mid First Bank<br>xxxx9434<br>Attention: Bankruptcy<br>PO Box 26648<br>Oklahoma City, OK 73216 | Ray Hendren, C13 Trustee<br>3410 Far West Blvd (By Clerk)<br>Suite 200<br>Austin, TX 78731 | Sun Loan Company<br>9390<br>916 S 31st St Ste A<br>Temple, TX 76504 |
| Military Star<br>xxxxxxxxxxx8750<br>3911 S Walton Walker Blv<br>Dallas, TX 75236 | Rise<br>xxxx3560<br>4150 International<br>Fort Worth, TX 76109 | The Cash Store<br>xxx-xxx7598<br>211 Sparta Re<br>Belton, TX 76513 |
| Money Key<br>xxxxxxx61-00<br>3422 Old Capitol Trail St 1613<br>Wilmington, DE 19808 | Royal Mgt/cash Plus<br>xxxxx2225<br>25331 W Ih 10<br>San Antonio, TX 78257 | Time Warner Cable<br>xxxxxxxxxxx3725<br>PO Box 60074<br>City of Industry, CA 917618 |
| Onemain Fi<br>xxxxxxxxxxxx6611<br>Po Box 499<br>Hanover, MD 21076 | Security Fin<br>xxxxx0812<br>C/o Security Finan<br>Spartanburg, SC 29304 | Us Dept Of Ed/glelsi<br>xxxxxxxxxxx8581<br>Po Box 7860<br>Madison, WI 53707 |
| Plain Green<br>xxxx7191<br>93 Mack Road Suite<br>Box Elder, MT 59521 | Silver Cloud Financial<br>xxxx3532<br>635 East Hwy 20 C<br>Upper Lake, CA 95485 | Western Shamrock Corporation<br>xxxxxxxxxZ004<br>Attention: Bankruptcy<br>801 S Abe St. Ste, 2A<br>San Angelo, TX 76903 |
| Radiant Cash<br>xxxxxxx99-00<br>PO Box 1183<br>Lau Flambeau, WI 64583 | Speedy Cash<br>xxxx-x-xxxxx6768<br>PO Box 780408<br>Wichita, KS 67278 | World Acceptance Corp<br>xxxxxxxx8101<br>World Acceptance Corp/Attn Bankruptcy<br>PO Box 6429<br>Greenville, SC 29606 |

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

IN RE:  **Daniel S. Dailey, Jr., Debtor**       CASE NO  **Unknown**

CHAPTER  **13**

## PROPOSED PAYMENT SCHEDULE FOR CHAPTER 13 PLAN (PRO FORMA)

*The following payment schedule is a projection of the anticipated payments to be made to the creditors under the plan. This Pro Forma serves as support documentation to the debtor's proposed plan. Actual distributions by the Chapter 13 Trustee may vary.*

| CREDITOR NAME | AMOUNT | INT RATE | INT PAID | MONTH 1 | MONTH 2 | MONTH 3 | MONTH 4 | MONTH 5 | MONTH 6 |
|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| American General Financial/Spr | $13,341.00 | 5.50% | $1,389.79 | $336.54 | $336.96 | $337.39 | $337.81 | $338.23 | $338.66 |
| Excel Finance Co. | $3,193.55 | 5.50% | $332.67 | $80.56 | $80.66 | $80.76 | $80.87 | $80.97 | $81.07 |
| IRS | $13,445.90 | 3.00% | $741.93 | $338.48 | $338.21 | $337.93 | $337.66 | $337.38 | $337.10 |
| Law Offices of Ed L. Laughlin | $2,600.00 | 0.00% | $0.00 | $65.29 | $65.07 | $64.86 | $64.64 | $64.43 | $64.22 |
| Midland Mortgage Company/Mid F | $5,232.00 | 0.00% | $0.00 | $131.38 | $130.95 | $130.51 | $130.08 | $129.65 | $129.22 |
| Onemain Fi | $8,834.00 | 5.50% | $920.25 | $222.85 | $223.13 | $223.41 | $223.69 | $223.97 | $224.25 |
| Royal Mgt/cash Plus | $506.00 | 5.50% | $52.72 | $12.76 | $12.78 | $12.80 | $12.81 | $12.83 | $12.84 |
| World Acceptance Corp | $3,145.00 | 5.50% | $327.63 | $79.34 | $79.44 | $79.54 | $79.64 | $79.74 | $79.84 |
| BEGINNING BALANCE: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| DEBTOR'S PAYMENT TO TRUSTEE: | | | | $1,408.00 | $1,408.00 | $1,408.00 | $1,408.00 | $1,408.00 | $1,408.00 |
| NEW BALANCE: | | | | $1,408.00 | $1,408.00 | $1,408.00 | $1,408.00 | $1,408.00 | $1,408.00 |
| DISTRIBUTION TO PRIORITY, SECURED AND SPECIAL UNSECUREDS: | | | | **$1,267.20** | **$1,267.20** | **$1,267.20** | **$1,267.20** | **$1,267.20** | **$1,267.20** |
| DISTRIBUTION TO GENERAL UNSECUREDS: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| TRUSTEE COMMISSION AND OTHER ADMINISTRATIVE COSTS: | | | | $140.80 | $140.80 | $140.80 | $140.80 | $140.80 | $140.80 |
| ENDING BALANCE: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| CREDITOR NAME | AMOUNT | INT RATE | INT PAID | MONTH 7 | MONTH 8 | MONTH 9 | MONTH 10 | MONTH 11 | MONTH 12 |
|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| American General Financial/Spr | $13,341.00 | 5.50% | $1,389.79 | $339.09 | $339.51 | $339.93 | $340.35 | $340.78 | $341.19 |
| Excel Finance Co. | $3,193.55 | 5.50% | $332.67 | $81.17 | $81.27 | $81.37 | $81.47 | $81.57 | $81.68 |
| IRS | $13,445.90 | 3.00% | $741.93 | $336.82 | $336.54 | $336.26 | $335.98 | $335.70 | $335.42 |
| Law Offices of Ed L. Laughlin | $2,600.00 | 0.00% | $0.00 | $64.00 | $63.79 | $63.58 | $63.37 | $63.15 | $62.94 |
| Midland Mortgage Company/Mid F | $5,232.00 | 0.00% | $0.00 | $128.79 | $128.37 | $127.94 | $127.52 | $127.09 | $126.67 |
| Onemain Fi | $8,834.00 | 5.50% | $920.25 | $224.53 | $224.81 | $225.09 | $225.37 | $225.65 | $225.93 |
| Royal Mgt/cash Plus | $506.00 | 5.50% | $52.72 | $12.86 | $12.88 | $12.90 | $12.91 | $12.93 | $12.94 |
| World Acceptance Corp | $3,145.00 | 5.50% | $327.63 | $79.94 | $80.03 | $80.13 | $80.23 | $80.33 | $80.43 |
| BEGINNING BALANCE: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| DEBTOR'S PAYMENT TO TRUSTEE: | | | | $1,408.00 | $1,408.00 | $1,408.00 | $1,408.00 | $1,408.00 | $1,408.00 |
| NEW BALANCE: | | | | $1,408.00 | $1,408.00 | $1,408.00 | $1,408.00 | $1,408.00 | $1,408.00 |
| DISTRIBUTION TO PRIORITY, SECURED AND SPECIAL UNSECUREDS: | | | | **$1,267.20** | **$1,267.20** | **$1,267.20** | **$1,267.20** | **$1,267.20** | **$1,267.20** |
| DISTRIBUTION TO GENERAL UNSECUREDS: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| TRUSTEE COMMISSION AND OTHER ADMINISTRATIVE COSTS: | | | | $140.80 | $140.80 | $140.80 | $140.80 | $140.80 | $140.80 |
| ENDING BALANCE: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| CREDITOR NAME | AMOUNT | INT RATE | INT PAID | MONTH 13 | MONTH 14 | MONTH 15 | MONTH 16 | MONTH 17 | MONTH 18 |
|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| American General Financial/Spr | $13,341.00 | 5.50% | $1,389.79 | $341.61 | $342.03 | $342.45 | $342.87 | $343.29 | $343.71 |
| Excel Finance Co. | $3,193.55 | 5.50% | $332.67 | $81.78 | $81.88 | $81.98 | $82.08 | $82.18 | $82.28 |
| IRS | $13,445.90 | 3.00% | $741.93 | $335.14 | $334.85 | $334.57 | $334.28 | $334.00 | $333.71 |
| Law Offices of Ed L. Laughlin | $2,600.00 | 0.00% | $0.00 | $62.73 | $62.53 | $62.32 | $62.11 | $61.90 | $61.69 |
| Midland Mortgage Company/Mid F | $5,232.00 | 0.00% | $0.00 | $126.24 | $125.82 | $125.40 | $124.98 | $124.56 | $124.14 |
| Onemain Fi | $8,834.00 | 5.50% | $920.25 | $226.21 | $226.49 | $226.76 | $227.05 | $227.32 | $227.60 |
| Royal Mgt/cash Plus | $506.00 | 5.50% | $52.72 | $12.96 | $12.97 | $12.99 | $13.00 | $13.02 | $13.04 |
| World Acceptance Corp | $3,145.00 | 5.50% | $327.63 | $80.53 | $80.63 | $80.73 | $80.83 | $80.93 | $81.03 |
| BEGINNING BALANCE: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| DEBTOR'S PAYMENT TO TRUSTEE: | | | | $1,408.00 | $1,408.00 | $1,408.00 | $1,408.00 | $1,408.00 | $1,408.00 |
| NEW BALANCE: | | | | $1,408.00 | $1,408.00 | $1,408.00 | $1,408.00 | $1,408.00 | $1,408.00 |
| DISTRIBUTION TO PRIORITY, SECURED AND SPECIAL UNSECUREDS: | | | | **$1,267.20** | **$1,267.20** | **$1,267.20** | **$1,267.20** | **$1,267.20** | **$1,267.20** |
| DISTRIBUTION TO GENERAL UNSECUREDS: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| TRUSTEE COMMISSION AND OTHER ADMINISTRATIVE COSTS: | | | | $140.80 | $140.80 | $140.80 | $140.80 | $140.80 | $140.80 |
| ENDING BALANCE: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| CREDITOR NAME | AMOUNT | INT RATE | INT PAID | MONTH 19 | MONTH 20 | MONTH 21 | MONTH 22 | MONTH 23 | MONTH 24 |
|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| American General Financial/Spr | $13,341.00 | 5.50% | $1,389.79 | $344.13 | $344.55 | $344.96 | $345.38 | $345.80 | $346.21 |
| Excel Finance Co. | $3,193.55 | 5.50% | $332.67 | $82.38 | $82.48 | $82.58 | $82.68 | $82.78 | $82.88 |
| IRS | $13,445.90 | 3.00% | $741.93 | $333.42 | $333.13 | $332.85 | $332.56 | $332.27 | $331.98 |
| Law Offices of Ed L. Laughlin | $2,600.00 | 0.00% | $0.00 | $61.49 | $61.28 | $61.07 | $60.87 | $60.66 | $60.47 |
| Midland Mortgage Company/Mid F | $5,232.00 | 0.00% | $0.00 | $123.73 | $123.32 | $122.90 | $122.49 | $122.07 | $121.66 |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

IN RE: **Daniel S. Dailey, Jr., Debtor**  CASE NO  **Unknown**

CHAPTER  **13**

| CREDITOR NAME | AMOUNT | INT RATE | INT PAID | | | | | | |
|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| Onemain Fi | $8,834.00 | 5.50% | $920.25 | $227.87 | $228.15 | $228.43 | $228.70 | $228.98 | $229.25 |
| Royal Mgt/cash Plus | $506.00 | 5.50% | $52.72 | $13.06 | $13.07 | $13.09 | $13.10 | $13.12 | $13.13 |
| World Acceptance Corp | $3,145.00 | 5.50% | $327.63 | $81.12 | $81.22 | $81.32 | $81.42 | $81.52 | $81.62 |
| | | | BEGINNING BALANCE: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | DEBTOR'S PAYMENT TO TRUSTEE: | | $1,408.00 | $1,408.00 | $1,408.00 | $1,408.00 | $1,408.00 | $1,408.00 |
| | | | NEW BALANCE: | $1,408.00 | $1,408.00 | $1,408.00 | $1,408.00 | $1,408.00 | $1,408.00 |
| DISTRIBUTION TO PRIORITY, SECURED AND SPECIAL UNSECUREDS: | | | | **$1,267.20** | **$1,267.20** | **$1,267.20** | **$1,267.20** | **$1,267.20** | **$1,267.20** |
| | | DISTRIBUTION TO GENERAL UNSECUREDS: | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| TRUSTEE COMMISSION AND OTHER ADMINISTRATIVE COSTS: | | | | $140.80 | $140.80 | $140.80 | $140.80 | $140.80 | $140.80 |
| | | | ENDING BALANCE: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| CREDITOR NAME | AMOUNT | INT RATE | INT PAID | MONTH 25 | MONTH 26 | MONTH 27 | MONTH 28 | MONTH 29 | MONTH 30 |
|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| American General Financial/Spr | $13,341.00 | 5.50% | $1,389.79 | $346.63 | $347.05 | $347.47 | $347.88 | $348.29 | $348.71 |
| Excel Finance Co. | $3,193.55 | 5.50% | $332.67 | $82.98 | $83.08 | $83.17 | $83.27 | $83.37 | $83.47 |
| IRS | $13,445.90 | 3.00% | $741.93 | $331.69 | $331.39 | $331.10 | $330.81 | $330.52 | $330.22 |
| Law Offices of Ed L. Laughlin | $2,600.00 | 0.00% | $0.00 | $60.26 | $60.05 | $59.85 | $59.65 | $59.45 | $59.25 |
| Midland Mortgage Company/Mid F | $5,232.00 | 0.00% | $0.00 | $121.25 | $120.85 | $120.44 | $120.04 | $119.62 | $119.22 |
| Onemain Fi | $8,834.00 | 5.50% | $920.25 | $229.53 | $229.81 | $230.08 | $230.35 | $230.63 | $230.90 |
| Royal Mgt/cash Plus | $506.00 | 5.50% | $52.72 | $13.15 | $13.16 | $13.18 | $13.19 | $13.21 | $13.23 |
| World Acceptance Corp | $3,145.00 | 5.50% | $327.63 | $81.71 | $81.81 | $81.91 | $82.01 | $82.11 | $82.20 |
| | | | BEGINNING BALANCE: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | DEBTOR'S PAYMENT TO TRUSTEE: | | $1,408.00 | $1,408.00 | $1,408.00 | $1,408.00 | $1,408.00 | $1,408.00 |
| | | | NEW BALANCE: | $1,408.00 | $1,408.00 | $1,408.00 | $1,408.00 | $1,408.00 | $1,408.00 |
| DISTRIBUTION TO PRIORITY, SECURED AND SPECIAL UNSECUREDS: | | | | **$1,267.20** | **$1,267.20** | **$1,267.20** | **$1,267.20** | **$1,267.20** | **$1,267.20** |
| | | DISTRIBUTION TO GENERAL UNSECUREDS: | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| TRUSTEE COMMISSION AND OTHER ADMINISTRATIVE COSTS: | | | | $140.80 | $140.80 | $140.80 | $140.80 | $140.80 | $140.80 |
| | | | ENDING BALANCE: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| CREDITOR NAME | AMOUNT | INT RATE | INT PAID | MONTH 31 | MONTH 32 | MONTH 33 | MONTH 34 | MONTH 35 | MONTH 36 |
|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| American General Financial/Spr | $13,341.00 | 5.50% | $1,389.79 | $349.12 | $349.52 | $349.94 | $350.36 | $350.77 | $351.17 |
| Excel Finance Co. | $3,193.55 | 5.50% | $332.67 | $83.57 | $83.67 | $83.77 | $83.86 | $83.97 | $84.06 |
| IRS | $13,445.90 | 3.00% | $741.93 | $329.93 | $329.63 | $329.34 | $329.04 | $328.74 | $328.45 |
| Law Offices of Ed L. Laughlin | $2,600.00 | 0.00% | $0.00 | $59.04 | $58.85 | $58.65 | $58.45 | $58.25 | $58.05 |
| Midland Mortgage Company/Mid F | $5,232.00 | 0.00% | $0.00 | $118.82 | $118.42 | $118.01 | $117.62 | $117.21 | $116.82 |
| Onemain Fi | $8,834.00 | 5.50% | $920.25 | $231.18 | $231.45 | $231.72 | $231.99 | $232.27 | $232.54 |
| Royal Mgt/cash Plus | $506.00 | 5.50% | $52.72 | $13.24 | $13.26 | $13.27 | $13.29 | $13.30 | $13.32 |
| World Acceptance Corp | $3,145.00 | 5.50% | $327.63 | $82.30 | $82.40 | $82.50 | $82.59 | $82.69 | $82.79 |
| | | | BEGINNING BALANCE: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | DEBTOR'S PAYMENT TO TRUSTEE: | | $1,408.00 | $1,408.00 | $1,408.00 | $1,408.00 | $1,408.00 | $1,408.00 |
| | | | NEW BALANCE: | $1,408.00 | $1,408.00 | $1,408.00 | $1,408.00 | $1,408.00 | $1,408.00 |
| DISTRIBUTION TO PRIORITY, SECURED AND SPECIAL UNSECUREDS: | | | | **$1,267.20** | **$1,267.20** | **$1,267.20** | **$1,267.20** | **$1,267.20** | **$1,267.20** |
| | | DISTRIBUTION TO GENERAL UNSECUREDS: | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| TRUSTEE COMMISSION AND OTHER ADMINISTRATIVE COSTS: | | | | $140.80 | $140.80 | $140.80 | $140.80 | $140.80 | $140.80 |
| | | | ENDING BALANCE: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| CREDITOR NAME | AMOUNT | INT RATE | INT PAID | MONTH 37 | MONTH 38 | MONTH 39 | MONTH 40 | MONTH 41 | MONTH 42 |
|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| American General Financial/Spr | $13,341.00 | 5.50% | $1,389.79 | $351.59 | $352.01 | $352.42 | $352.83 | $353.23 | $353.65 |
| Excel Finance Co. | $3,193.55 | 5.50% | $332.67 | $84.16 | $84.26 | $84.35 | $84.45 | $84.55 | $84.65 |
| IRS | $13,445.90 | 3.00% | $741.93 | $328.15 | $327.85 | $327.55 | $327.25 | $326.95 | $326.64 |
| Law Offices of Ed L. Laughlin | $2,600.00 | 0.00% | $0.00 | $57.85 | $57.65 | $57.46 | $57.27 | $57.07 | $56.87 |
| Midland Mortgage Company/Mid F | $5,232.00 | 0.00% | $0.00 | $116.42 | $116.02 | $115.63 | $115.23 | $114.84 | $114.45 |
| Onemain Fi | $8,834.00 | 5.50% | $920.25 | $232.81 | $233.08 | $233.35 | $233.62 | $233.89 | $234.16 |
| Royal Mgt/cash Plus | $506.00 | 5.50% | $52.72 | $13.34 | $13.35 | $13.36 | $13.38 | $13.40 | $13.41 |
| World Acceptance Corp | $3,145.00 | 5.50% | $327.63 | $82.88 | $82.98 | $83.08 | $83.17 | $83.27 | $83.37 |
| | | | BEGINNING BALANCE: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | DEBTOR'S PAYMENT TO TRUSTEE: | | $1,408.00 | $1,408.00 | $1,408.00 | $1,408.00 | $1,408.00 | $1,408.00 |
| | | | NEW BALANCE: | $1,408.00 | $1,408.00 | $1,408.00 | $1,408.00 | $1,408.00 | $1,408.00 |
| DISTRIBUTION TO PRIORITY, SECURED AND SPECIAL UNSECUREDS: | | | | **$1,267.20** | **$1,267.20** | **$1,267.20** | **$1,267.20** | **$1,267.20** | **$1,267.20** |
| | | DISTRIBUTION TO GENERAL UNSECUREDS: | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| TRUSTEE COMMISSION AND OTHER ADMINISTRATIVE COSTS: | | | | $140.80 | $140.80 | $140.80 | $140.80 | $140.80 | $140.80 |
| | | | ENDING BALANCE: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| CREDITOR NAME | AMOUNT | INT RATE | INT PAID | MONTH 43 | MONTH 44 | MONTH 45 | MONTH 46 | MONTH 47 | MONTH 48 |
|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| American General Financial/Spr | $13,341.00 | 5.50% | $1,389.79 | $234.72 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Excel Finance Co. | $3,193.55 | 5.50% | $332.67 | $56.18 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| IN RE: | **Daniel S. Dailey, Jr., Debtor** | CASE NO | **Unknown** |
|---|---|---|---|
| | | CHAPTER | **13** |

| CREDITOR NAME | AMOUNT | INT RATE | INT PAID | | | | | |
|---|---:|---:|---:|---:|---:|---:|---:|---:|
| IRS | $13,445.90 | 3.00% | $741.93 | $216.34 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Law Offices of Ed L. Laughlin | $2,600.00 | 0.00% | $0.00 | $37.57 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Midland Mortgage Company/Mid F | $5,232.00 | 0.00% | $0.00 | $75.61 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Onemain Fi | $8,834.00 | 5.50% | $920.25 | $155.40 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Royal Mgt/cash Plus | $506.00 | 5.50% | $52.72 | $8.89 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| World Acceptance Corp | $3,145.00 | 5.50% | $327.63 | $55.33 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| | | | | | | | |
|---|---:|---:|---:|---:|---:|---:|---:|
| BEGINNING BALANCE: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| DEBTOR'S PAYMENT TO TRUSTEE: | $1,408.00 | $1,408.00 | $1,408.00 | $1,408.00 | $1,408.00 | $1,408.00 |
| NEW BALANCE: | $1,408.00 | $1,408.00 | $1,408.00 | $1,408.00 | $1,408.00 | $1,408.00 |
| **DISTRIBUTION TO PRIORITY, SECURED AND SPECIAL UNSECUREDS:** | **$840.04** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** |
| DISTRIBUTION TO GENERAL UNSECUREDS: | $427.16 | $1,267.20 | $1,267.20 | $1,267.20 | $1,267.20 | $1,267.20 |
| TRUSTEE COMMISSION AND OTHER ADMINISTRATIVE COSTS: | $140.80 | $140.80 | $140.80 | $140.80 | $140.80 | $140.80 |
| ENDING BALANCE: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| CREDITOR NAME | AMOUNT | INT RATE | INT PAID | MONTH 49 | MONTH 50 | MONTH 51 | MONTH 52 | MONTH 53 | MONTH 54 |
|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| American General Financial/Spr | $13,341.00 | 5.50% | $1,389.79 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Excel Finance Co. | $3,193.55 | 5.50% | $332.67 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| IRS | $13,445.90 | 3.00% | $741.93 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Law Offices of Ed L. Laughlin | $2,600.00 | 0.00% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Midland Mortgage Company/Mid F | $5,232.00 | 0.00% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Onemain Fi | $8,834.00 | 5.50% | $920.25 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Royal Mgt/cash Plus | $506.00 | 5.50% | $52.72 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| World Acceptance Corp | $3,145.00 | 5.50% | $327.63 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| | | | | | | |
|---|---:|---:|---:|---:|---:|---:|
| BEGINNING BALANCE: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| DEBTOR'S PAYMENT TO TRUSTEE: | $1,408.00 | $1,408.00 | $1,408.00 | $1,408.00 | $1,408.00 | $1,408.00 |
| NEW BALANCE: | $1,408.00 | $1,408.00 | $1,408.00 | $1,408.00 | $1,408.00 | $1,408.00 |
| **DISTRIBUTION TO PRIORITY, SECURED AND SPECIAL UNSECUREDS:** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** |
| DISTRIBUTION TO GENERAL UNSECUREDS: | $1,267.20 | $1,267.20 | $1,267.20 | $1,267.20 | $1,267.20 | $1,267.20 |
| TRUSTEE COMMISSION AND OTHER ADMINISTRATIVE COSTS: | $140.80 | $140.80 | $140.80 | $140.80 | $140.80 | $140.80 |
| ENDING BALANCE: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| CREDITOR NAME | AMOUNT | INT RATE | INT PAID | MONTH 55 | MONTH 56 | MONTH 57 | MONTH 58 | MONTH 59 | MONTH 60 |
|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| American General Financial/Spr | $13,341.00 | 5.50% | $1,389.79 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Excel Finance Co. | $3,193.55 | 5.50% | $332.67 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| IRS | $13,445.90 | 3.00% | $741.93 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Law Offices of Ed L. Laughlin | $2,600.00 | 0.00% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Midland Mortgage Company/Mid F | $5,232.00 | 0.00% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Onemain Fi | $8,834.00 | 5.50% | $920.25 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Royal Mgt/cash Plus | $506.00 | 5.50% | $52.72 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| World Acceptance Corp | $3,145.00 | 5.50% | $327.63 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| | | | | | | |
|---|---:|---:|---:|---:|---:|---:|
| BEGINNING BALANCE: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| DEBTOR'S PAYMENT TO TRUSTEE: | $1,408.00 | $1,408.00 | $1,408.00 | $1,408.00 | $1,408.00 | $1,408.00 |
| NEW BALANCE: | $1,408.00 | $1,408.00 | $1,408.00 | $1,408.00 | $1,408.00 | $1,408.00 |
| **DISTRIBUTION TO PRIORITY, SECURED AND SPECIAL UNSECUREDS:** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** |
| DISTRIBUTION TO GENERAL UNSECUREDS: | $1,267.20 | $1,267.20 | $1,267.20 | $1,267.20 | $1,267.20 | $1,267.20 |
| TRUSTEE COMMISSION AND OTHER ADMINISTRATIVE COSTS: | $140.80 | $140.80 | $140.80 | $140.80 | $140.80 | $140.80 |
| ENDING BALANCE: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Fill in this information to identify your case:**

| | | | | |
|---|---|---|---|---|
| Debtor 1 | **Daniel** | **S.** | **Dailey, Jr.** | |
| | First Name | Middle Name | Last Name | |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name | |

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number (if known) _____

Check if this is:
☐ An amended filing
☐ A supplement showing post-petition chapter 13 income as of the following date:
_____
MM / DD / YYYY

Official Form B 6I

# Schedule I: Your Income    12/13

**Be as complete and accurate as possible.  If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information.  If you are married and not filing jointly, and your spouse is living with you, include information about your spouse.  If you are separated and your spouse is not filing with you, do not include information about your spouse.  If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write your name and case number (if known).  Answer every question.**

## Part 1:  Describe Employment

**1. Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ☑ Employed<br>☐ Not employed | ☑ Employed<br>☐ Not employed |
| Occupation | **Retired/Disabled Veteran** | **Account Tech** |
| Employer's name | **DFAS US MILITARY RETIREMENT** | **Symtech Corp./Contractor for VA** |
| Employer's address | **P.O. BOX 7130**<br>Number  Street | **3422 Magic Oak Ln**<br>Number  Street |
| | **LONDON       KY    40742-713**<br>City         State    Zip Code | **Sarasota       FL    34232**<br>City         State    Zip Code |
| How long employed there? | | **6 yrs** |

## Part 2:  Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.**  If you have nothing to report for any line, write $0 in the space.  Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below.  If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions).  If not paid monthly, calculate what the monthly wage would be. | $4,533.34 | $2,546.27 |
| 3. | **Estimate and list monthly overtime pay.** | + $0.00 | $0.00 |
| 4. | **Calculate gross income.**  Add line 2 + line 3. | $4,533.34 | $2,546.27 |

Debtor 1 **Daniel** **S.** **Dailey, Jr.** Case number (if known) _____
     First Name      Middle Name      Last Name

|  |  |  | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|---|
|  | Copy line 4 here ............................................ → | 4. | $4,533.34 | $2,546.27 |
| **5.** | **List all payroll deductions:** |  |  |  |
|  | **5a.** Tax, Medicare, and Social Security deductions | 5a. | $1,035.77 | $337.45 |
|  | **5b.** Mandatory contributions for retirement plans | 5b. | $0.00 | $0.00 |
|  | **5c.** Voluntary contributions for retirement plans | 5c. | $134.51 | $0.00 |
|  | **5d.** Required repayments of retirement fund loans | 5d. | $211.01 | $0.00 |
|  | **5e.** Insurance | 5e. | $66.21 | $0.00 |
|  | **5f.** Domestic support obligations | 5f. | $0.00 | $0.00 |
|  | **5g.** Union dues | 5g. | $0.00 | $0.00 |
|  | **5h.** Other deductions. Specify: **Legal Proceedings** | 5h.+ | $325.00 | $0.00 |
| **6.** | **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h. | 6. | $1,772.50 | $337.45 |
| **7.** | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $2,760.84 | $2,208.82 |
| **8.** | **List all other income regularly received:** |  |  |  |
|  | **8a.** Net income from rental property and from operating a business, profession, or farm | 8a. | $0.00 | $0.00 |
|  | Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. |  |  |  |
|  | **8b.** Interest and dividends | 8b. | $0.00 | $0.00 |
|  | **8c.** Family support payments that you, a non-filing spouse, or a dependent regularly receive | 8c. | $0.00 | $0.00 |
|  | Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. |  |  |  |
|  | **8d.** Unemployment compensation | 8d. | $0.00 | $0.00 |
|  | **8e.** Social Security | 8e. | $0.00 | $0.00 |
|  | **8f.** Other government assistance that you regularly receive |  |  |  |
|  | Include cash assistance and the value (if known) or any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. |  |  |  |
|  | Specify: **VA** | 8f. | $130.94 | $0.00 |
|  | **8g.** Pension or retirement income | 8g. | $1,204.16 | $0.00 |
|  | **8h.** Other monthly income. Specify: _____ | 8h.+ | $0.00 | $0.00 |
| **9.** | **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h. | 9. | $1,335.10 | $0.00 |
| **10.** | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $4,095.94 + $2,208.82 = $6,304.76 |  |
| **11.** | **State all other regular contributions to the expenses that you list in Schedule J.** Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.<br><br>Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.<br><br>Specify: _____ | 11.+ |  | $0.00 |
| **12.** | **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the Summary of Schedules and Statistical Summary of Certain Liabilities and Related Data, if it applies. | 12. |  | $6,304.76<br>**Combined monthly income** |

Official Form B 6I       **Schedule I: Your Income**       page 2

Debtor 1 **Daniel**     **S.**     **Dailey, Jr.**     Case number (if known) _____
         First Name     Middle Name     Last Name

**13. Do you expect an increase or decrease within the year after you file this form?**

☑ No.    **None.**
☐ Yes. Explain:

14-61015-rbk Doc#2 Filed 12/17/14 Entered 12/17/14 10:21:32 Main Document Pg 14 of 19

Debtor 1  **Daniel**          **S.**              **Dailey, Jr.**                    Case number (if known) _____
          First Name          Middle Name         Last Name

**1.  Additional Employers**  **Debtor 1**                                **Debtor 2 or non-filing spouse**

   **Occupation**         **Senior Rep Field Service**
   **Employer's name**    **General Dynamics Land System**
   **Employer's address** **4008 E Stan Schluetter Loop**

                          **Killeen**          **TX**   **76542**
                          City                 State    Zip Code             City              State    Zip Code

   **How long employed there?**   **10 yrs**

Official Form B 6I                        **Schedule I: Your Income**                                   page 4

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Daniel** | **S.** | **Dailey, Jr.** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF TEXAS** | | |
| Case number (if known) | | | |

Check if this is:

☐ An amended filing
☐ A supplement showing post-petition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

Official Form B 6J

# Schedule J: Your Expenses 12/13

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Describe Your Household

**1. Is this a joint case?**

☒ No. Go to line 2.
☐ Yes. **Does Debtor 2 live in a separate household?**
    ☐ No
    ☐ Yes. Debtor 2 must file a separate Schedule J.

**2. Do you have dependents?**

Do not list Debtor 1 and Debtor 2.

Do not state the dependents' names.

☐ No
☒ Yes. Fill out this information for each dependent...................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| **Wife** | _____ | ☐ No ☒ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |

**3. Do your expenses include expenses of people other than yourself and your dependents?**

☒ No
☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.**

**Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form B 6I.)**

**Your expenses**

| | | | |
|---|---|---|---|
| 4. | The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. | **$872.81** |
| | If not included in line 4: | | |
| 4a. | Real estate taxes | 4a. | _____ |
| 4b. | Property, homeowner's, or renter's insurance | 4b. | _____ |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. | **$150.00** |
| 4d. | Homeowner's association or condominium dues | 4d. | _____ |

Debtor 1 **Daniel          S.           Dailey, Jr.**                     Case number (if known) _____
    First Name  Middle Name  Last Name

                               **Your expenses**

5. **Additional mortgage payments for your residence,** such as home equity loans   5. _____

6. **Utilities:**

  6a. Electricity, heat, natural gas              6a. **$200.00**

  6b. Water, sewer, garbage collection          6b. **$75.00**

  6c. Telephone, cell phone, Internet, satellite, and cable services   6c. **$60.00**

  6d. Other. Specify: _____   6d. _____

7. **Food and housekeeping supplies**   7. **$400.00**

8. **Childcare and children's education costs**   8. _____

9. **Clothing, laundry, and dry cleaning**   9. **$150.00**

10. **Personal care products and services**   10. **$75.00**

11. **Medical and dental expenses**   11. **$100.00**

12. **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments.   12. **$450.00**

13. **Entertainment, clubs, recreation, newspapers, magazines, and books**   13. **$75.00**

14. **Charitable contributions and religious donations**   14. _____

15. **Insurance.**
 Do not include insurance deducted from your pay or included in lines 4 or 20.

  15a. Life insurance   15a. **$42.00**

  15b. Health insurance   15b. _____

  15c. Vehicle insurance   15c. **$173.00**

  15d. Other insurance. Specify: _____   15d. _____

16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
 Specify: _____   16. _____

17. **Installment or lease payments:**

  17a. Car payments for Vehicle 1   17a. _____

  17b. Car payments for Vehicle 2   17b. _____

  17c. Other. Specify: **Wife's Personal Loan**   17c. **$220.00**

  17d. Other. Specify: _____   17d. _____

18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form B 6I).**   18. _____

19. **Other payments you make to support others who do not live with you.**
 Specify: _____   19. _____

20. **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.**

  20a. Mortgages on other property   20a. _____

  20b. Real estate taxes   20b. _____

  20c. Property, homeowner's, or renter's insurance   20c. _____

  20d. Maintenance, repair, and upkeep expenses   20d. _____

  20e. Homeowner's association or condominium dues   20e. _____

Debtor 1  **Daniel**            **S.**              **Dailey, Jr.**              Case number (if known) _____
        First Name      Middle Name      Last Name

**21. Other.** Specify: **See continuation sheet**     21. + $398.00

**22. Your monthly expenses.** Add lines 4 through 21.
The result is your monthly expenses.     22. $3,440.81

**23. Calculate your monthly net income.**

   23a. Copy line 12 (your combined monthly income) from Schedule I.     23a. $6,304.76

   23b. Copy your monthly expenses from line 22 above.     23b. – $3,440.81

   23c. Subtract your monthly expenses from your monthly income.
The result is your monthly net income.     23c. $2,863.95

**24. Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.
☐ Yes. Explain here:
**None.**

| Debtor 1 | **Daniel** | **S.** | **Dailey, Jr.** | Case number (if known) | _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**21. Other. Specify:**
    **Cell Phone**      **$300.00**
    **Home Security System**      **$48.00**
    **Student Loans**      **$50.00**

    **Total:**      **$398.00**

| Debtor 1 | **Daniel** | **S.** | **Dailey, Jr.** | Case number (if known) | _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |